IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Raymond L. Carter, Jr., | ) C/A: | 4:10-3167-JFA-TER |
| Petitioner, | ) | |
| vs. | ) | ORDER |
| Warden, Perry Correctional Institution, | ) | |
| Respondent. | ) | |

On February 1, 2011, an order was entered dismissing this case as a result of the petitioner's failure to timely bring this case into proper form. It appears, however, that the petitioner did file a timely response and that the response was inadvertently filed in a new case (C/A No. 4:11-138-JFA-TER). Therefore, the Clerk is directed to vacate the court's order of February 1, 2011, and refile the petitioner's response in the instant case. The Clerk shall also terminate C/A No. 4:11-138-JFA-TER as the pleadings in that case will be filed in the existing case C/A No. 4:10-3167.

IT IS SO ORDERED.

February 14, 2011  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge

1